

**ORIGINAL**

**FILED**

07/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0585

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0585

**FILED**

JUL 09 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DONNIE LEE STANDLEY,

Petitioner and Appellant,

v.

ORDER

STATE OF MONTANA,

Respondent and Appellee.

---

Donnie Lee Standley moves this Court for a stay of proceedings, or alternatively, for a 180-day extension of time to file his opening brief along with a request of appointment of counsel. Standley appeals a November 24, 2020 Sweet Grass County District Court's denial of his petition for postconviction relief.

As grounds, Standley explains that he "is waiting for a decision from the federal district court" in a civil action based on 42 U.S.C. § 1983, alleging restricted access to the courts. He states that these two proceedings are "inextricably intertwined" because the limited access hampered his preparation and filing of a meaningful document in the District Court. In lieu of not receiving a stay, Standley requests an additional 180 days to file his brief. He cites to extraordinary circumstances in his request for appointment of counsel.

We decline to impose a stay of this appeal. M. R. App. P. 22(4).

Standley is not entitled to appointment of counsel in this appeal. In an April 2, 2021 Order, this Court denied his motion for appointment of counsel because he represented himself in District Court. We observed then that the District Court had also denied his request for counsel. Nothing has changed in Standley's circumstances here to appoint counsel. Section 46-8-104, MCA. In that prior Order, this Court gave Standley more than ninety days to file his opening brief.

Accordingly,

IT IS ORDERED that:

1.  Standley's Motion for a Stay of Proceedings is DENIED;

2.  Standley's Motion for Appointment of Counsel is DENIED;

3.  Standley's Motion for an Extension of Time is GRANTED, and that Standley shall prepare, file, and serve his opening brief on or before Tuesday, January 18, 2022, as requested.

The Clerk is directed to provide a copy of this Order to counsel of record and to Donnie Lee Standley.

DATED this _____ day of July, 2021.

For the Court,

By _____

Chief Justice